UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVA COLTER,<br><br>           Plaintiffs,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br><br>           Respondent. | CASE NO. CV 09-8125-PSG (PJW)<br><br>ORDER ACCEPTING REPORT AND<br>ADOPTING FINDINGS, CONCLUSIONS,<br>AND RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:    August 24, 2011                    .

                              PHILIP S. GUTIERREZ
                              UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Order accep r&r.wpd